UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

<u>Alexandria</u> Division

In re   Tarasha S Randall                                       Case No.   20-10067-BFK

**Debtor(s)**                                                   **Chapter**   13

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

On <u>January 9, 2020</u>, the above-named debtor(s) filed a voluntary petition accompanied by an Application to Pay Filing Fee in Installments. It appearing upon review of the petition filed herein that the same debtor(s) filed a voluntary case under Chapter <u>13</u>, Case No. <u>19-13352</u>, on <u>October 10, 2019</u>, which case was dismissed on <u>December 6, 2019</u>, leaving a balance due and owing on the filing fee in that case; it is, therefore

ORDERED that the Application to Pay Filing Fee in Installments filed herein be, and the same hereby is, DENIED; and it is further

ORDERED that the debtor(s) pay to the Court the remainder of the filing fee in this case in the amount of $ <u>310.00</u> before 4:00 PM on <u>January 24, 2020</u>, which is 14 days from the date of the entry of this order. Failure to timely remit said filing fee may result in this case being dismissed.

Fees must be paid in the exact amount and may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If the debtor is paying, then payment must be in the form of *cash, money order or certified check. **\*(Cash is not accepted at the Newport News division. All divisions require exact change.)**

**If you fail to timely make the payment, you must file a response no later than <u>January 30, 2020</u> and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:**

*Date***:**  February 6, 2020
*Time*:  1:30 pm
*Location***:**  U. S. Bankruptcy Court, 200 S. Washington St., 2nd Fl., Courtroom I, Alexandria, VA  22314

<u>If the debtor(s) fails to file a timely response and appear at the hearing, the above-captioned case may be dismissed</u>

**NOTICE:** The hearing will be held only if the debtor(s) fails to timely make the payment.

WILLIAM C. REDDEN
CLERK OF COURT

Date: <u>January 10, 2020</u>                 By: <u>/s/ Dayna Huntington</u>
                                                        Deputy Clerk


NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET

<u>January 10, 2020</u>

[103Aoden ver. 11/19]